IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CRIMINAL NO. 3:05CR40
                                                  (BROADWATER)

ROBERT ISADORE RICHARDSON,

    Defendant.

## ORDER ON STATUS CONFERENCE

On the 2ND day of March 2006, the above styled matter came before the court for a status conference. The government was present by Thomas O. Mucklow, Assistant United States Attorney and Paul T. Camilletti, Assistant United States Attorney. The defendant was present in person and by counsel Sherman Lambert, Sr.

The parties discussed the status of the case including the scheduling of the upcoming trial. The court determined that this matter would remain set for trial on **Tuesday, March 7, 2006 at 8:30 a.m.**

The parties then discussed pending motions in this case. The court reviewed the defendant's objections to the Magistrate's Report and Recommendation to deny the Defendant's Motion the Suppress (Document No 55). The court inquired as to the details of the defendant's service of the subpoena compelling Donna White to testify before the Magistrate's Suppression Hearing. The court further inquired of the defense as to the facts and law at issue in their objections to the Magistrate's Report and Recommendation. For reasons placed on the record at the hearing, the Magistrate's Report and Recommendation (Document No. 53) was adopted and

the defendant's Motion to Suppress (Document No. 37) was **DENIED**.

The court then heard argument on the United States' Motion in Limine and discussed the procedural process for disposal of the motion.

The court inquired to the status of a defense witness and granted the defendant's related Motion directing the clerk to issue a Writ of Habeas Corpus ad testificandum for Donna White.

The court then inquired as to the status of any plea negotiations in this matter and set **12:00 p.m. on Friday, March 3, 2006, as the final deadline for filing a plea agreement.**

The defendant was remanded to the custody of the United States Marshals Service.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to the defendant and all counsel of record herein.

**DATED** this 6th day of March 2006.

W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE